UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


DAVID E. JONES d/b/a CROOKED     )
STIRRUPS.COM,                    )
                                 )
          Plaintiff,             )          CIVIL ACTION NO.
                                 )
VS.                              )          3:04-CV-2438-G
                                 )
RICHARD TRENT CARRILLO,          )
                                 )
          Defendant.             )


## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED** as the findings and conclusions of the court.

November 15, 2005.


_____
A. JOE FISH
CHIEF JUDGE